UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**COLLINS ROUSSEL**
**DIANNE ROUSSEL**

DEBTOR(S)

**BANKRUPTCY NO.**
**10-10464**
**SECTION "B"**

CHAPTER 13

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on May 12, 2010 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for failure to attend §341 Meeting of Creditors* **(P-17)**

Proper notice having been given and no objections having been filed,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, May 12, 2010.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE